# Exhibit DD

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHANIE CAPSOLAS, HERNAN RICARDO ALVARADO, JEFFREY CUTAIAR, NICOLE MEDVITZ, PAUL TORO, DANIEL JANSON, ROGER CARO, CHRIS ELL, CHRIS FORBES, JESSE PATRICK, and DIANA DIETRICH, on behalf of themselves and other similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> PASTA RESOURCES INC., BABBO LLC d/b/a BABBO RISTORANTE ENOTECA, PANE SARDO LLC d/b/a OTTO ENOTECA PIZZERIA, EL MONO LLC d/b/a CASA MONO and BAR JAMON, LA LOGGIA LLC d/b/a TARRY LODGE, MARIO BATALI, and JOSEPH BASTIANICH, <br><br> Defendants. | DECLARATION OF CHRIS ELL |

I, Chris Ell, declare, upon personal knowledge and under penalty of perjury, pursuant to 28 U.S.C. Section 1746, that the following is true and correct:

1. I worked for Casa Mono as a server from approximately April 2007 through approximately March 2010.

2. During my entire tenure at Casa Mono, I was paid hourly wages of less than the full minimum wage rate.

**NOTICE OF THE TIP CREDIT**

3. Throughout my employment, nobody at Casa Mono ever informed me about the federal law regarding the tip credit at any time during my employment. I do not recall anybody at Casa Mono ever telling me that I would be paid less than the minimum wage because I would receive tips or that my tips would be used as a credit against the minimum wage that Casa Mono was required to pay me.

4.     When I started working at Casa Mono and during the entire course of my employment, nobody ever told me about the requirements that Casa Mono had to meet in order to take a tip credit or showed me a copy or a summary of any laws, rules, or regulations informing me of such requirements.

**TIP SHARING**

5.     During my employment at Casa Mono, I was not allowed to retain all of the tips that I earned.

6.     The restaurant's management kept a portion of the customer tips that I and other tipped food service workers earned. The amount that the restaurant's management kept was equal to approximately 4% of the wine sales for the shift.

7.     I know this because I saw the tip sheet, which has a section that shows that 4% of the wine sales were deducted from the tip pool each shift. The amount that was deducted from the tip pool was taken by management. See Exhibit A (blank tip sheet). The amount was taken off of the credit card tips electronically.

8.     I asked Amy Clark, the General Manager, what the restaurant used the 4% for. In response, she told me that the money was used for the "wine program." Anthony Sasso, the chef, told me that the money was used to cover broken glassware. I also heard part owner Nancy Seltzer say that the 4% was used for refrigeration of the high-end wine.

Dated: New York, New York
       September 15, 2010

_____
Chris Ell

# DINNER

Day _____ Date _____ Number of Cuts _____ Prepared by _____

| Waiter | Covers | Charge Tips | Cash Tips |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| **Bartender** |  | **Charge Tips** | **Cash Tips** |
|  |  |  |  |
| Total |  |  |  |

**Wine Sales:** _____ - _____ = _____

**Wine Department:**      4% of Wine sales: _____

**Charge tip out:** _____

| Bartender | Charge Tip | Cash Tip |
|---|---|---|
|  |  |  |
| Waiter |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Expo |  |  |
|  |  |  |
| Backwaiter |  |  |
|  |  |  |

SERVER = 2 CUTS  
EXPO = 1.5 CUTS  
BUSSER = 1 CUT     Cash sales _____      Cover Count _____

Total Sales _____