# Exhibit FF

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **STEPHANIE CAPSOLAS, HERNAN RICARDO ALVARADO, JEFFREY CUTAIAR, NICOLE MEDVITZ, PAUL TORO, DANIEL JANSON, ROGER CARO, CHRIS ELL, CHRIS FORBES, JESSE PATRICK,** and **DIANA DIETRICH,** on behalf of themselves and other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**PASTA RESOURCES INC., BABBO LLC d/b/a BABBO RISTORANTE ENOTECA, PANE SARDO LLC d/b/a OTTO ENOTECA PIZZERIA, EL MONO LLC d/b/a CASA MONO and BAR JAMON, LA LOGGIA LLC d/b/a TARRY LODGE, MARIO BATALI,** and **JOSEPH BASTIANICH,**<br><br>Defendants. | **DECLARATION OF DANIEL JANSEN** |

I, Daniel Jansen, declare, upon personal knowledge and under penalty of perjury, pursuant to 28 U.S.C. Section 1746, that the following is true and correct:

1.     I worked for Tarry Lodge as a server from approximately September 2008 through the present.

2.     During my entire tenure at Tarry Lodge, I was paid hourly wages of less than the full minimum wage rate.

## NOTICE OF THE TIP CREDIT

3.     Throughout my employment, nobody at Tarry Lodge ever informed me about the federal law regarding the tip credit at any time during my employment.  Nobody at Tarry Lodge ever told me that I would be paid less than the minimum wage because I would receive tips or that my tips would be used as a credit against the minimum wage that Tarry Lodge was required to pay me.

**TIP SHARING**

4.      During my employment at Tarry Lodge, I was not allowed to retain all of the tips that I earned.

5.      The restaurant kept a portion of the customer tips that I and other tipped food service workers earned.  The amount that the restaurant kept was equal to approximately 4% of the wine sales for the shift.

6.      Specifically, the restaurant calculated 4% of the wine sales attributable to each bartender and/or server, and took that percentage out of each bartender/server's tips.  With the remainder, we in turn, tipped out a percentage of our tips to other service employees, such as barbacks and runners.

7.      I know this because I saw the tip sheet, which showed this distribution.

8.      At a staff meeting that I attended, Nancy Selzer, partner/owner, upon inquiry from the staff, refused to justify the 4% withholding.  She simply stated, "It's not going to change."

9.      On another occasion, Ms. Selzer stated that the 4% went to cover the restaurant's expenses related to wine research.

10.      I was informed by sommeliers Chase (last name unknown) that he is paid a fixed salary each week, regardless of the amount of money withheld on account of the wine sales, and that the 4% of wine sales withheld from our tips are not distributed to sommeliers.

**MANAGEMENT RESPONSE TO THE LAWSUIT**

11.     After this lawsuit was filed, Defendant Joseph Bastianich approached me at the restaurant, shook my hand, and stated sarcastically, "Thank you for suing me."  This occurred at in the kitchen in front of at least ten coworkers, including runners.

Dated: New York, New York
       August 31, 2010

Daniel Jansen