# Exhibit JJ

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
STEPHANIE CAPSOLAS and HERNAN
RICARDO ALVARADO on behalf of
themselves and other similarly situated,
                Plaintiffs,

    v.

PASTA RESOURCES INC. d/b/a BABBO
RISTORANTE ENOTECA, MARIO
BATALI, JOSEPH BASTIANICH,

           Defendants.
-----------------------------------------------------------x

INDEX NO. 10 CV 5595

STATE OF NEW YORK   :
                           : ss:
COUNTY OF NEW YORK :

### AFFIDAVIT OF AMANDA READE STURGEON

I, Amanda Reade Sturgeon, under penalty of perjury, affirm as follows:

1. I was employed by Pasta Resources, Inc. as a sommelier at Babbo from 2007 to 2009.

2. Throughout my employment I was paid a fixed salary. My salary increased during my employment, and at the time my employment ended, it was roughly $60,000 per year.

3. Each night, Babbo deducted from the servers' tip-pool an amount equal to 4.5% of the wine sales for that night. On the tip-pool sheet, the names of the sommeliers would appear next to the 4.5% figure that was deducted.

4. However, I did not receive any of these tips while working for Babbo To be sure, I was paid the same exact amount each week.

5. Babbo apparently tried to conceal this by breaking up my pay on the payroll records as hourly pay plus tips (see attached Exhibit A). Again, my pay did not constitute any tips: I was promised a certain salary, and I made exactly that amount each week, without any fluctuation related to tips.

6. When customers tipped me directly, I was required to relinquish those tips to the servers' tip-pool and subsequently received none of those tips.

I affirm, under penalty of perjury, that the above and foregoing information is true and correct.

_____
Amanda Reade Sturgeon

Sworn to before me

this 16th day of July, 2010

_____

EILEEN MANNING
Notary Public, State of New York
No. 01MA6027284
Qualified in QUEENS County
Commission Expires JUNE 28, 2011

2

**Babbo LLC**
110 Waverly PL
NEW YORK, NY 10011

Employee Number 5153

**AMANDA READE STURGEON**

| Check Number | 47166 |
| --- | --- |
| Net Pay | 796.51 |
| Check Amount | 796.51 |
| Division | Beverage |
| Department | 400 |

**Earnings Statement**

| Check Date: | February 13, 2009 |
| --- | --- |
| Period Beginning: | February 02, 2009 |
| Period Ending: | February 08, 2009 |

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
| --- | --- | --- | --- | --- | --- |
| Reg | 4.6000 | 40.00 | 184.00 | 280.00 | 1443.81 |
| Chg Tips | 0.0000 | | 970.00 | | 6634.19 |
| Meals | 0.0000 | | 10.50 | | 73.50 |
| **Total Gross Pay** | | 40.00 | 1164.50 | 280.00 | 8151.50 |

| Taxes | Status | Taxable | Amount | YTD Amt |
| --- | --- | --- | --- | --- |
| Medicare | | 1148.03 | 16.65 | 116.53 |
| OASDI | | 1148.03 | 71.18 | 498.25 |
| New York, NY (Res) | S/3 | 1148.03 | 34.18 | 239.26 |
| Federal Income Tax | S/3 | 1148.03 | 151.19 | 1058.33 |
| New York SITW | S/3 | 1148.03 | 57.87 | 405.09 |
| NY Disability - EE | | | 0.60 | 4.20 |
| **Total Tax Withholding** | | | 331.67 | 2321.66 |

| Direct Deposits | Account | Amount |
| --- | --- | --- |
| No Direct Deposits | | |

| Deductions | Amount | YTD Amt |
| --- | --- | --- |
| Qualified Meals | 10.50 | 73.50 |
| AFLAC (Pre-tax) | 5.97 | 41.79 |
| AFLAC (Post-tax) | 19.85 | 138.95 |
| **Total Deductions** | 36.32 | 254.24 |

| Benefits | Hours | Amount | YTD Hrs | YTD Amt |
| --- | --- | --- | --- | --- |

| Accruals | | Dollars |
| --- | --- | --- |

PAYROLL BY CompuPay



**Babbo LLC**
110 Waverly PL
NEW YORK, NY 10011

Employee Number   5153

**AMANDA READE STURGEON**

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Reg | 4.6000 | 40.00 | 184.00 | 360.00 | 1811.81 |
| Chg Tips | 0.0000 | | 970.00 | | 8574.19 |
| Meals | 0.0000 | | 10.50 | | 94.50 |
| **Total Gross Pay** | | 40.00 | 1164.50 | 360.00 | 10480.50 |

| Check Number | 47327 |
|---|---|
| Net Pay | 806.76 |
| Check Amount | 806.76 |
| Division | Beverage |
| Department | 400 |

**Earnings Statement**

Check Date:        February 27, 2009
Period Beginning:  February 16, 2009
Period Ending:     February 22, 2009

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare | | 1148.03 | 16.65 | 149.82 |
| OASDI | | 1148.03 | 71.18 | 640.60 |
| New York, NY (Res) | S/3 | 1148.03 | 34.18 | 307.62 |
| Federal Income Tax | S/3 | 1148.03 | 140.94 | 1350.46 |
| New York SITW | S/3 | 1148.03 | 57.87 | 520.83 |
| NY Disability - EE | | | 0.60 | 5.40 |
| **Total Tax Withholding** | | | 321.42 | 2974.73 |

| Deductions | Amount | YTD Amt |
|---|---|---|
| Qualified Meals | 10.50 | 94.50 |
| AFLAC (Pre-tax) | 5.97 | 53.73 |
| AFLAC (Post-tax) | 19.85 | 178.65 |
| **Total Deductions** | 36.32 | 326.88 |

| Direct Deposits | Account | Amount |
|---|---|---|
| No Direct Deposits | | |

| Benefits | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|

| Accruals | Dollars |
|---|---|

PAYROLL BY CompuPay

**Babbo LLC**
110 Waverly PL
NEW YORK, NY 10011

Employee Number    5153

**AMANDA READE STURGEON**

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Reg | 4.8600 | 40.00 | 194.46 | 160.00 | 891.81 |
| Chg Tips | 0.0000 | | 959.54 | | 3724.19 |
| Meals | 0.0000 | | 10.50 | | 42.00 |
| **Total Gross Pay** | | 40.00 | 1164.50 | 160.00 | 4658.00 |

| Direct Deposits | Account | Amount |
|---|---|---|
| No Direct Deposits | | |

| Benefits | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|

Check Number    46920
Net Pay    796.51
Check Amount    796.51
Division    Beverage
Department    400

**Earnings Statement**

Check Date:    January 23, 2009
Period Beginning:    January 12, 2009
Period Ending:    January 18, 2009

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare | | 1148.03 | 16.65 | 66.59 |
| OASDI | | 1148.03 | 71.18 | 284.71 |
| New York, NY (Res) | S/3 | 1148.03 | 34.18 | 136.72 |
| Federal Income Tax | S/3 | 1148.03 | 151.19 | 604.76 |
| New York SITW | S/3 | 1148.03 | 57.87 | 231.48 |
| NY Disability - EE | | 1164.50 | 0.60 | 2.40 |
| **Total Tax Withholding** | | | 331.67 | 1326.66 |

| Deductions | Amount | YTD Amt |
|---|---|---|
| Qualified Meals | 10.50 | 42.00 |
| AFLAC (Pre-tax) | 5.97 | 23.88 |
| AFLAC (Post-tax) | 19.85 | 79.40 |
| **Total Deductions** | 36.32 | 145.28 |

**Accruals**    Dollars

PAYROLL BY CompuPay



| | | | | | | Check Number | 47083 | **Earnings Statement** | |
|---|---|---|---|---|---|---|---|---|---|
| **Babbo LLC** | | | | | | Net Pay | 796.51 | | |
| 110 Waverly PL | | | | | | Check Amount | 796.51 | Check Date: | February 06, 2009 |
| NEW YORK, NY 10011 | | | | | | | | Period Beginning: | January 26, 2009 |
| | | | Employee Number | | 5153 | Division | Beverage | Period Ending: | February 01, 2009 |
| | | | | | | Department | 400 | | |

**AMANDA READE STURGEON**

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Reg | 4.6000 | 40.00 | 184.00 | 240.00 | 1259.81 |
| Chg Tips | 0.0000 | | 970.00 | | 5664.19 |
| Meals | 0.0000 | | 10.50 | | 63.00 |
| **Total Gross Pay** | | 40.00 | 1164.50 | 240.00 | 6987.00 |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare | | 1148.03 | 16.65 | 99.88 |
| OASDI | | 1148.03 | 71.18 | 427.07 |
| New York, NY (Res) | S/3 | 1148.03 | 34.18 | 205.08 |
| Federal Income Tax | S/3 | 1148.03 | 151.19 | 907.14 |
| New York SITW | S/3 | 1148.03 | 57.87 | 347.22 |
| NY Disability - EE | | 417.50 | 0.60 | 3.60 |
| **Total Tax Withholding** | | | 331.67 | 1989.99 |

| Deductions | Amount | YTD Amt |
|---|---|---|
| Qualified Meals | 10.50 | 63.00 |
| AFLAC (Pre-tax) | 5.97 | 35.82 |
| AFLAC (Post-tax) | 19.85 | 119.10 |
| **Total Deductions** | 36.32 | 217.92 |

| Direct Deposits | Account | Amount |
|---|---|---|
| No Direct Deposits | | |

| Benefits | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|

| Accruals | | | Dollars |
|---|---|---|---|

PAYROLL BY CompuPay

