



# Blog

November 11, 2020

Category: **Fundraising**

Share:

## Tomorrow – Celebrate with Make the Road NY!

**Javier H. Valdés**
Co-Executive Director

**Deborah L. Axt**
Co-Executive Director

The big night is almost here! We hope you'll join us for the **Dignity, Community, and Power Awards Gala** this Thursday, **November 12 at 6pm EST.**

Be sure to bookmark **maketheroadny.org/gala**, where the event will be livestreamed. We'll get the party started with a DJ set at 5:45pm, and kick the program off at 6pm.

Though we can't see each other, we want to know you've

En Español                                                                                                       Know Your Rights




victories this year.

Join Make the Road New York for our Annual

**DIGNITY, COMMUNITY & POWER AWARDS GALA**

Thursday, November 12, 2020

6 PM EST ONLINE

**[REGISTER & DONATE](#) | [SPONSOR](#) | [PURCHASE AN AD](#)**

**This year's Dignity, Community & Power honorees:**

**The families of New Yorkers impacted by police violence:**

**Gwen Carr, mother of Eric Garner**

JUSTICE COMMITTEE

**Victoria Davis, sister of Delrawn Small**

SISTERS OF JUSTICE

**Natasha Duncan, sister of Shantel Davis**

JUSTICE COMMITTEE

**Constance Malcolm, mother of Ramarley Graham**

JUSTICE COMMITTEE **Israel Rocha and the Care Team at NYC Health + Hospitals/Elmhurst**

**Greisa Martinez Rosas, Executive Director
Cristina Jiménez, Co-Founder**

UNITED WE DREAM

En Español                                                                                                      Know Your Rights




### DEFENDER
Getman, Sweeney & Dunn, PLLC
Outten & Golden LLP
Retail, Wholesale and Department Store Union (RWDSU)

### CHAMPION
Joseph & Kirschenbaum LLP
Virginia & Ambinder, LLP

### PACESETTER
1199SEIU United Healthcare Workers East
Communications Workers of America (CWA) District 1
The Fred & Gilda Nobel Foundation
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Studio Rodrigo
Vincent McGee

### ACTIVIST
Center for Constitutional Rights
Emery Celli Brinckerhoff & Abady LLP
Pelton Graham LLC
Ugalde & Rzonca, LLP

### PATRON
Alan Altschuler & Donna Katzin
Blackhawk Network
Friedman, Levy, Goldfarb & Green, PC
Miranda Family Fund
Nadia & Bob Bernstein
New York State Nurses Association
Simpson, Thacher & Bartlett LLP
Spivak Lipton LLP

### FRIEND
BlueHub Capital
Cohen, Weiss & Simon LLP
Healthfirst
LISC NYC
New York Presbyterian
U.S. Congresswoman Grace Meng

### Host Committee

En Español                                                                 Know Your Rights




Benjamin | Nadia & Bob Bernstein | Brenda Berry &Jonathan Lopatin | Bo & Sarah Bishop | Michele Burger & Tom Cramer | Ana Maria Archila, Oona Chatterjee, Jennifer Epps-Addison, Andrew Friedman, Brian Kettenring, *Center for Popular Democracy* |Gladys Coloma | Joo-Hyun Kang, *Communities United for Police Reform* | Jazmin Cruz | Naomi Dann & Ben Wolcott | Cindy Escobar | Marissa Finn | Sienna Fontaine | Maria Luisa Gambale | Sally Gottesman | Laura Hansen & Jim Stubbs | Betsy MacLean, *Hester Street* | Belle Horwitz & Jonathan Weiner | Patricia Kakalec | Craig Kaplan & Anne H. Hess | Talia Kravitz | Shelley Levine | Robert Mazzaferro | Jennifer & Ian McAllister-Nevins | Vincent McGee | Ruth Messinger | Nancy Meyer & Marc Weiss | Jennifer Milacci & Marc Scher | Betsey Nevins & Jay Saunders | Oh Boy Records | Rhea Fontaine, *Paulson Fontaine Press* | Ben Posel & Jessica Bauman | William Serratore | Antonia Stolper & Bob Fertik | Justin M. Swartz | Amy Taylor & Peter Markowitz | Rachel B. Tiven & Seth M. Marnin | Chloe Tribich | Sharon Wyse

## RELATED POSTS

**featured, Immigration**

En Español                                  Know Your Rights

 

### A Victory for DACA Recipients!

We are thrilled to share another victory for DACA recipients in our lawsuit, Batalla Vidal v. Wolf! A federal court rejected...

**Read More**

**General**

### Did you know Zoom has an interpretation feature?

Did you know that it's easy to provide simultaneous interpretation in Zoom meetings? This makes meetings accessible for people who speak...

**Read More**

En Español                                                     Know Your Rights




## 🗳️ Early voting starts tomorrow in New York!

Are you ready to go to the polls this weekend? That's right! Starting tomorrow, Saturday, October 24, until Sunday, November 1st,…

**Read More**



### Back to blog ›

En Español                                                                                   Know Your Rights







**Mailing Address:**
301 Grove Street
Brooklyn, New York 11237
T: (718) 418-7690

See all office addresses

## Links

Contact
Other Ways To Give
Join Our Team
Publications
Archive
Privacy Policy

## Join our email list

**Follow Us**

   

Text **ROAD** to **52886** to receive updates to your phone

### NEED SERVICES?

### Sister Organizations

En Español                                                                 Know Your Rights

 

En Español

Know Your Rights



# Charles Joseph

*Partner*

**charles@jhllp.com**
**Download VCard**

**Phone: 212-688-5640**
**Fax: 212-688-2548**

**32 Broadway Suite 601**
**New York, New York 10004**

**Knowledgeable New York City Employment Attorney Charles Joseph**

Attorney Charles Joseph is a founding partner at Joseph & Kirschenbaum LLP. He is admitted in both New York and federal courts and is one of our firm's class action litigators, pursuing wage and hour and other types of employee rights claims on behalf of large groups of similarly situated individuals.

Prior to forming Joseph & Kirschenbaum LLP, Charles Joseph was a litigation attorney with Debevoise & Plimpton, where he practiced for more than six years, largely on behalf of corporate clients. In 1997, he went on to found Joseph & Kirschenbaum LLP because he wanted to help workers who had been wronged by unfair employment and wage practices. Since then, he has helped Joseph & Kirschenbaum LLP grow to be the respected law firm that it is today, winning numerous major legal victories for workers in all occupations and industries. This includes recovering nearly $100 million for workers throughout the country.

Charles is a graduate of New York University School of Law from which he received his Juris Doctor in 1990. He is currently pursuing a Master's degree in history from the University of Edinburgh School of History, Classics and Archaeology with a focus on the history of the Middle Ages in northwestern Europe. Charles is fluent in Hebrew and Yiddish.

Charles is active in several professional associations focusing on employment law, including the National Employment Law Project, the National Employment Lawyers Association and the New York State Trial Lawyers Association. He is also a supporter of the World Wildlife Fund and Make the Road NY, an organization supporting working class Latinos in New York by providing organization, advocacy, education and services.

In addition to all of this, Charles is actively invested in improving his vibrant and diverse community, and was honored for his pro bono work by the Lawyer's Committee for Human Rights for his work obtaining political asylum for China's leading literary dissident, refugees from Pakistan, Sudan and Ukraine as well as life-saving work getting the wife and children of a Haitian rural organizer out of hiding in Haiti and legally into the United States. Charles worked on behalf of The Center for Constitutional Rights to bring a mass-murdering eastern European political leader to justice under The Torture Victim Protection Act. He has also been active handling housing cases pro bono for indigent tenants, family law and child support cases on behalf of indigent women and criminal appeals for indigent defendants.

## Bar Admissions

**New York State, 1991**

**U.S. District Court for the Eastern District of New York, 1992**

**U.S. District Court for the Southern District of New York, 1992**

**U.S. District Court for the Northern District of New York, 2006**

**U.S. Court of Appeals for the District of Columbia Circuit, 2006**

## Education

**J.D., New York University School of Law, 1990**

**Bachelor in Religious Studies, Rabbinical College of America, 1986**

## Professional Organizations

**New York City Bar Association**

**New York State Bar Association**

**New York State Trial Lawyers Association**

**National Employment Law Project**

**National Employment Lawyers Association**

**Contact a dedicated advocate for workers in New York**
Workers who suffered wage theft, discrimination or other on-the-job injustices need an advocate who knows the law and has their best interests in mind. Attorney Charles Joseph has dedicated more than 21 years of his career to fighting for workers in New York and throughout the United States who have been abused or taken advantage of by their employers. If you believe you have been denied wages or subjected to discrimination or harassment, **contact** our firm today to arrange a consultation. We are available by phone at 212-688-5640. We can also be reached online. *Se habla español*.

## Practice Areas

Wage & Hour Claims | Sexual Harassment and Hostile Work Environment | Workplace Discrimination | Whistleblower & Sarbanes Oxley Claims | Qui Tam Lawsuits | Class Action Lawsuits | Family Medical Leave Act Violations | Retaliation

## Search

## Client Reviews

★ ★ ★ ★ ★

*"Just wanted to let you guys know that things have changed alot since the winning of our case against my employer. About 2 months ago, I was chosen to become one of the shift supervisors for security. It was an honor to be given this position, and a privilege to be the 1st female shift supervisor to ever to take on such a position."*

- T.C.

★ ★ ★ ★ ★

*"Thank you very much for representing me in my case against my former employer. You and your staff are excellent representatives, and I never thought I would have so much personal attention from a law firm. Again, thank you for helping me move on with my life."*

- L.H.

★ ★ ★ ★ ★

*"I would like to thank Joseph & Kirschenbaum LLP for all the services your firm provided for me in my time of need. You helped me through difficult and emotional times with understanding and great talent. I can't thank you enough for helping me get more of a settlement than I ever thought I could get."*

- A.K.

32 Broadway Suite 601
New York, NY 10004

**Phone:** 212-688-5640
**Fax:** 212-688-2548

Charles Joseph | New York Employment Lawyers Joseph & Kirschenbaum

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

Please do not include any confidential or sensitive information in a contact form, text message, or voicemail. The contact form sends information by non-encrypted email, which is not secure. Submitting a contact form, sending a text message, making a phone call, or leaving a voicemail does not create an attorney-client relationship.

Copyright © 2020, Joseph & Kirschenbaum LLP

**JUSTIA** Law Firm Website Design



# Make the Road New York would like to give special thanks to the full list of New York Law Firms and Legal Services Providers Working to Protect Restaurant Workers Against Wage Theft

**Michael E. Jaffe, President**
**New York State Trial Lawyers Association**
**Fitapelli & Schaffer LLP**
**Joseph & Kirschenbaum**
**The Legal Aid Society**
**The National Employment Law Project**
**Outten & Golden LLP**
**Urban Justice Center**
**Virginia & Ambinder LLP**

## MAKE THE ROAD NEW YORK IS PROUD TO HONOR:

**FITAPELLI & SCHAFFER, LLP** is dedicated to promoting justice and equality in the workplace. Founded in 2008, by former defense attorneys Joseph A. Fitapelli and Brian S. Schaffer, F&S handles large scale class and collective wage and hour claims for unpaid minimum wages, overtime, tips and commissions.

**JOSEPH & KIRSCHENBAUM LLP** is an employment rights law firm dedicated to representing employees who are victims of discrimination, wage and hour violations, harassment or other illegal, and unfair treatment in the workplace.

**THE LEGAL AID SOCIETY**, the oldest and largest not for-profit legal services organization in the nation, is dedicated to providing quality legal representation to low-income New Yorkers.

**THE NATIONAL EMPLOYMENT LAW PROJECT** promotes policies and programs that create good jobs, strengthen upward mobility, enforce hardwon worker rights, and help unemployed workers regain their economic footing through improved benefits and services.

**NEW YORK STATE TRIAL LAWYERS** promotes a safer and healthier society to assure access to the civil justice system by those who are wrongfully injured and to advance representation of the public by ethical, well-trained lawyers.

**OUTTEN & GOLDEN LLP** is dedicated to advocating for workplace fairness, helping to advance the goals of employees in all industries, professions, and employment levels to protect their rights against injustices in the workplace.

**THE URBAN JUSTICE CENTER** serves New York City's most vulnerable residents through a combination of direct legal service, systemic advocacy, community education, and political organizing.

**VIRGINIA & AMBINDER LLP** promotes and protects employee rights, assisting victims of unlawful discrimination, harassment in the workplace, and underpayment or mistreatment by employers.

