***Solidarity Against Racism and Police Violence*** – A Message from O&G [/solidarity-against-racism-and-police-violence]

***KNOW YOUR RIGHTS:*** *Coronavirus (COVID-19) and the Workplace* [/know-your-rights-coronavirus-covid-19-and-workplace]

**Home** [/]  /  About Us  /  **Commitment to Public Interest** [/commitment-public-interest]  /
Public Interest Partnerships and Collaboration

# Public Interest Partnerships and Collaboration

**ABOUT US**

Our Firm [/law-firm]

Mission Statement & Philosophy [/law-firm/mission-statement-philosophy]

Client Service [/client-service]

Commitment to Public Interest [/commitment-public-interest]

Pro Bono Representation [/commitment-public-interest/pro-bono-representation]

O&G has taken on cases referred by – and has co-counseled with - the finest public interest law groups in the country, including the *ACLU* and its Women's Rights Project, the *NYCLU* and its Reproductive Rights Project, the *Transgender Legal Defense and Education Fund*, the *NYU Immigrant Rights Clinic*, the *National Employment Lawyers Project*, the *Legal Aid Society of New York*, *Mobilization for Justice, Inc*., the Sex Workers Project at the *Urban Justice Center*, *South Brooklyn Legal Services*, the *Asian American Legal Defense and Education Fund*, the *MinKwon Center for Community Action*, the L*egal Aid Justice Center's Immigrant Advocacy Program*, *Legal Aid At Work*, *Youth Represent*, *Make the Road New York*, the *National Women's Law Center*, and *HIV Law Project* - and many others.

In addition to co-counseling with such partners, the firm provides a wide array of services, training, technical assistance, and other support to attorneys and advocates

Contributions [/commitment-public-interest/contributions]

Partnerships [/commitment-public-interest/public-interest-partnerships-and-collaboration]

Projects [/law-firm/commitment-public-interest/projects]

Public Interest Award [/commitment-public-interest/public-interest-award]

Public Interest Committee [/commitment-public-interest/public-interest-committee]

Commitment to Equity and Engagement [/commitment-equity-and-engagement]

Recognition [/recognition]

Careers [/careers]

Locations [/locations]

at many non-profit organizations. For example, O&G attorneys:

- Provide training for volunteer attorneys for the Eastern District of New York's Pro Bono Mediation Advocacy Program;
- Co-author *amicus briefs* with non-profit advocacy groups;
- Provide support and advice to advocates from the *Legal Aid Society* and *Legal Services New York City* on cases involving severance and settlement negotiations, complaints of discrimination and retaliation, and wage-and-hour issues;
- Provide on-going support to a consortium of advocates dedicated to reducing barriers to employment for individuals with criminal records;
- Represented hundreds of members of the Restaurant Opportunities Center;
- Participate in *Lambda Legal's Cooperating Attorney Network*;
- Consult with the member-based group *Domestic Workers United* on litigation strategies; and
- Presented on workplace rights for the *Grace Institute* and the *Low Wage Workers Task Force*, among other activities.

O&G attorneys sit on the boards of many non-profit organizations, including *Workplace Fairness, Human Rights Watch, A Better Balance,* the *Lawyers' Committee for Civil Rights Under Law,* the *National Women's Law Center,* and *Queers for Economic Justice.* In addition, the firm's attorneys have ongoing partnerships with the *Vance Center for International Justice of the New York City Bar*, *New York Communities for Change*, *Mobilization for Justice, Inc.*, the *Washington Lawyers Committee for Civil Rights Under Law*, and *First Shift*.

Outten & Golden has been widely recognized for its public service work, having been recognized by: the *HIV Law Project, Make the Road New York, MFY Legal Services,* and *Legal Services New York City (2010)*; the *American Bar Association's Labor & Employment Section* with the Frances Perkins Award for Public Service (2011);

Brandworkers for its work on behalf of low-income workers (2016); the *Lawyers' Committee for Civil Rights Under Law* with the Robert F. Mullen Pro Bono Award (2017); and the *Fortune Society* (2018) for helping those with criminal histories obtain employment.  Our attorneys have also been awarded numerous other awards from our various non-profit organizations for their pro bono services.

**Make the Road New York – The EmPIRE Act**

O&G has been working with Make the Road New York (MRNY) to pass the "Empowering People in Rights Enforcement (EmPIRE) Worker Protection Act," which was introduced in the New York State Senate to allow private individuals and representative organizations to bring public enforcement actions on behalf of the state for violations of the New York labor law. The other organizations involved include the *Center for Popular Democracy*, the *New York Communities for Change*, *Citizens Action New York*, the *New York Committee for Occupational Safety and Health*, and *A.J. GNC New York*.

**A Better Balance - Families @Work Legal Clinic**

In 2009, O&G and A Better Balance started the Families @Work Legal Clinic to provide advice and counseling to low-income workers juggling their work and family responsibilities. Attorneys from O&G's Family Responsibilities and Disabilities Discrimination Practice Group and A Better Balance offer free consultations to clients about their rights under federal, state, and city

**New York, NY** [/law-firm/locations/new-york]

(212) 209-0672
685 Third Avenue
25th Floor
New York, NY 10017

**Washington, DC** [/law-firm/locations/washington-dc]

(202) 890-1509
601 Massachusetts Avenue NW
Suite 200W
Washington, DC 20001

**San Francisco, CA** [/law-firm/locations/san-francisco]

(415) 638-8800
One California Street
Suite 1250
San Francisco, CA 94111

© 2020 Outten & Golden LLP — Attorney Advertising
/ **Contact Us** [/contact] / **Site Map** [/sitemap] / **Disclaimer** [/disclaimer] / **Privacy Policy** [/privacy-policy] / **Who We Represent** [/who-we-represent]

**Solidarity Against Racism and Police Violence** – A Message from O&G [/solidarity-against-racism-and-police-violence]

**KNOW YOUR RIGHTS: Coronavirus (COVID-19) and the Workplace** [/know-your-rights-coronavirus-covid-19-and-workplace]

Home [/] / **Our Team** [/lawyer-attorney/our-team] / **Attorneys** [/our-team/attorneys] / Justin M. Swartz



# Justin M. Swartz

**Partner**
New York Office
(212) 209-0672
jms@outtengolden.com

# About

**JUSTIN M. SWARTZ**, a partner at Outten & Golden LLP in New York and Co-Chair of its **Class Action Practice Group** [/practice-groups/class-collective-action] , represents employees in class action wage/hour and discrimination cases, as well as individual discrimination cases and other employment matters.  He is also Co-Chair of the firm's **Public Interest Committee** [/law-firm/commitment-public-interest] .

Over the past ten years, Mr. Swartz has been lead counsel or co-lead counsel in dozens of unpaid wage theft class and collective actions on behalf of workers in a wide variety of industries.  He has represented thousands of workers in unpaid overtime lawsuits including assistant store managers at drugstores, restaurants (including Chipotle), and retail clothing chains, furniture salespeople, unpaid interns, "volunteers" who work for private companies (including Major League Baseball), dishwasher repair people, exterminators,

/

delivery drivers, security guards, financial services employees, bank assistant branch managers, grocery store assistant managers and hourly workers, pet groomers, entry-level accounting employees, and adult entertainers, among others.  He is currently litigating cases challenging the practice of classifying workers as independent contractors and failing to pay overtime compensation.  He has also represented thousands of restaurant workers in overtime, minimum wage, and tip theft cases, including cases against TGI Friday's and Applebees, as well as restaurants owned by Mario Batali, Bobby Flay, and other celebrity chefs.  Mr. Swartz and Outten & Golden LLP's Public Interest Committee have represented hundreds of low-wage workers in minimum wage and unpaid overtime cases, including construction workers, farm workers, and low-wage cleaning workers in their claims that large contractors failed to pay them overtime compensation for their work cleaning buildings around Ground Zero in 2001.

He has also represented workers in employment discrimination claims against companies that have refused to hire minorities with criminal records, systemic gender discrimination claims against a major utility company; and several individual race, gender identity, sexual orientation, and national origin discrimination cases.  He has represented hundreds of female and African American stock brokers in nationwide discrimination class action lawsuits against the country's leading brokerage firms, including Merrill Lynch, Bank of America, Goldman Sachs, and Smith Barney.

Mr. Swartz is active in bar associations including the American Bar Association Section of Labor and Employment Law where he is Co-Chair of the Section's CLE/Institutes and Meetings Committee, Co-Chair of the Committee on Equal Employment Opportunity Law, and is a former Co-Chair of the Ethics and Professional Responsibility Committee.

Mr. Swartz frequently works with non-profit organizations on public interest matters including successfully representing a formerly incarcerated security guard in a licensing hearing in conjunction with MFY Legal Services and representing three low-wage immigrant women in sexual harassment, assault and battery, and overtime claims as co-counsel with the ACLU Women's Rights Project. He has co-counseled with, and performed pro bono services for, Make the Road New York, The Legal Aid Society, South Brooklyn Legal Services, Manhattan Legal Services, the New York Civil Liberties Union, Legal Momentum, NYLAG, the Sylvia Rivera Law Project, and MFY Legal Services as a volunteer attorney at its legal clinics. Mr. Swartz is also part of the Lambda Legal Cooperating Attorney Network. While living in Chicago, he volunteered at First Defense Legal Aid, providing emergency representation for recent arrestees and documenting police misconduct.

Mr. Swartz joined Outten & Golden LLP in December 2003 after representing workers as an associate at Goodman & Zuchlewski, LLP, in New York and Stowell & Friedman, Ltd., in Chicago.

He graduated from DePaul University School of Law with honors in 1998.



**Justin M. Swartz**



↑ Back to top

# Bar Admissions & Professional Activities

- Mr. Swartz is admitted to practice law only in New York and Illinois.

- Mr. Swartz is admitted to the following federal courts: The United States District Courts for the Southern District of New York, the Eastern District of New York, the Western District of New York; and the Northern District of Illinois.

- Mr. Swartz is active in several bar associations including the Association of the Bar of the City of New York, where he has served on the Committee on Civil Rights (2005-2008) and the Committee on Labor and Employment Law (2002-2005). He is a member of the Executive Board of the National Employment Lawyers Association (NELA) New York affiliate and is Co-Chair of the NELA National Wage and Hour Committee. He is an active member of the ABA Section on Labor and Employment Law, where he was a Vice Chair of the planning committee for the 4th Annual CLE Conference, was Co-Chair of the Ethics and Professional Responsibility Committee from 2005-2008, is a Contributing Editor for the supplement to the BNA/ABA LEL Section treatise, The Fair Labor Standards Act, a Chapter Monitor for the supplement to the BNA/ABA LEL Section treatise, Employment Discrimination Law, and co-chair of the Equal Employment Opportunity Committee 2012 conference planning committee. He also belongs to the American Constitution Society and Americans United for Separation of Church and State.

# Speaking Engagements

Mr. Swartz speaks frequently on employment law and ethics. He has spoken and co-authored papers on prosecuting employment discrimination claims, representing sexual harassment victims, discrimination claims against lesbian, gay, bisexual, and transgender people, a wide variety of wage and hour issues, workplace privacy issues, retaliatory counterclaims by employers, discrimination suits by law-firm partners, stereotyping evidence in discrimination cases, and other employment law and ethics issues.

## 2019

- Speaker, Moderator: "**Arbitration Administrators Hear From NELA Lawyers On The Challenges They Face In Arbitration** [http://exchange.nela.org/springseminar/program/schedule] ," National Employment Lawyers Association, 2019 Spring Seminar, Denver, CO

## 2018

- Speaker: "View from the Plaintiffs' Bar: Adapting Your Defense Strategies to New and Innovative Techniques and Tactics," American Conference Institute, 26th National Forum on Wage & Hour Claims and Class Actions, Miami, FL

## 2017

- Panelist: "FLSA/Wage & Hour Issues in US Sport," Sports Lawyers Association (SLA), 2017 Annual Conference, Denver, CO

- Panelist: "Interactive "Ask the Plaintiff's Bar," American Conference Institute'2 29th National Forum, Wage & Hour Claims and Class Actions, Session: Adapt Your Strategies to New and Innovative Techniques Being Brought by Your Adversaries Specifically in the Wage Context, Miami, FL

## 2016

- Panelist: "Interactive "Ask the Plaintiff 's Bar" Session: Adapt Your Strategies to New and Innovatice Techniquest Beign Brought by Your Adversaries Specifically in the Wage Context," American Conference Institute, 28th National Forum on Wage & Hour Claims and Class Action, San Francisco, CA

- Moderator: "Co-Counseling & Cooperating with Other Plantiffs' Lawyers (Or Playing Nice in The Sandbox)," NELA, 2016 Annual Convention, Los Angeles, CA

## 2015

- Speaker: "Views From The Plaintiff's Bar," American Conference Institute, 25th Wage & Hour Conference, San Francisco, CA

- Moderator: "Vulnerable Workers Under the Microscope: Developments and Prospects," ABA Section of Labor & Employment, National Conference on Equal Employment Opportunity Law, Miami Beach, FL

- Faculty: "Wage-Hour Actions," NYU University School of Law, Eighteenth Annual NYU Workshop on Employment Law for Federal Judges, NYU Labor & Employment Law, Institute of Judicial Administration, New York, NY

- Speaker: "View from the Plaintiffs' Bar: Adapting Your Defense Strategies to New and Innovative Techniques and Tactics," American Conference Institute, 23rd National Forum on Wage & Hour Claims and Class Actions, Miami, FL

- Speaker: "Current Issues in Settlement of FLSA Cases," New York City Bar Association, New York, NY

- Panelist: "Displaying Professionalism When Clients Allege Wrongdoing and Malpractice," ABA, Section of Labor & Employment Law, 9th Annual Labor & Employment Law Conference, Philadelphia, PA

- Speaker: "Interns and Volunteers as Employees?," New York University, 68th Annual Conference on Labor, New York, NY

## 2014

- Moderator: "Arbitration and Alternatives," New York University, Title VII of the Civil Rights Act After 50 Years, NYU 67th Annual Conference on Labor, New York, NY

- Panelist: "Views From The Plaintiffs' Bar: Adapting Your Defense Strategies to New and Innovative Techniques and Tactics," American Conference Institute, 20th Wage & Hour Claims and Class Actions Conference, Miami, FL

- Speaker: "View from the Plaintiffs' Bar: Adapting Your Defense Strategies to New and Innovative Techniques and Tactics," American Conference Institute, 21st Wage & Hour Claims and Class Actions Conference, New York, NY

- Speaker: "Keeping the Heat On Employers in FLSA Cases," NELA, 2014 Annual Convention: Blazing the Trail, Courage, Challenge, Change, Boston, MA

- Speaker: "Defeating and Dealing with Arbitration Agreements in Fair Labor Standards Act (FLSA) Cases," American Association for Justice, Employment Rights Section and Wage & Hour Litigation Group, Baltimore, MD

- Panelist: "FLSA Mediation Issues," JAMS, Employment Law Practice Group Conference, New York, NY

- Moderator: "Raising the Level of Ethics and Professionalism in the Labor and Employment Bar," ABA Section of Labor & Employment Law, 8th Annual Labor & Employment Conference, Los Angeles, CA

- Panelist: "Views From The Plaintiffs' Bar: Adapting Your Defense Strategies to New and Innovative Techniques and Tactics," American Conference Institute, 21st Wage & Hour Claims

and Class Actions Conference, New York, NY

- Speaker: "View from the Plaintiffs' Bar: Adapting Your Defense Strategies to New and Innovative Techniques and Tactics," American Conference Institute, 22nd National Forum on Wage & Hour Claims and Class Actions, Los Angeles, CA
- Facilitator: "A Side Bar With the Judges on Rule 30(b)(6): Use, Abuse, and Process," National Conference on Equal Employment Opportunity Law, Rancho Mirage, CA

## 2013

- Faculty: "Wage and Hour Practice Today: Policies and Litigation Strategies after Comcast, Genesis, and Espenschied," American Law Institute, CLE, Audio/Webcast
- Speaker: "Wage & Hour Claims and Class Actions," American Conference Institute, 18th National Forum, New York, NY
- Speaker: "Attorney's Fees and Settlement of FLSA Actions," Bridgeport Continuing Legal Education
- Panelist: "Talk to Me: Communications with Potential Class Members Before and After Complaint Filing," ABA Labor & Employment Section, 7th Annual Conference, New Orleans, LA
- Panelist: "Plaintiff's Perspective on Wage and Hour Litigation," New York County Lawyers' Association, How to Handle a Wage and Hour Case, New York, NY
- Panelist: "Settling Wage-Hour Litigation (including Rule 68 Offers after Genesis Healthcare v. Symczyk), Litigation and Settlement of FLSA Claims," NYU Labor & Employment Law, NYU 66th Annual Conference on Labor, New York, NY
- Panelist: "Attorney's Fees and Settlement of FLSA and Wage & Hour Actions," FLSA/Wage & Hour 2013 Litigation & Management, New York, NY
- Panelist: "Class and Collective Action Certification and Related Discovery," Practising Law Institute (PLI), Managing Wage & Hour Risks 2013, New York, NY

↑ Back to top

# Publications & Articles

## A Puzder–Led Labor Department Would Make Life Much Harder for U.S. Workers [https://www.employmentlawblog.info/2017/02/a-puzder-led-labor-department-would-make-life-much-harder-for-us-workers.shtml]

Justin M. Swartz, O&G Employment Law Blog, February 8, 2017

**Continue reading** [https://www.employmentlawblog.info/2017/02/a-puzder-led-labor-department-would-make-life-much-harder-for-us-workers.shtml]

## Stalled Overtime Rules Will Hurt All U.S. Workers, including Trump Voters

[https://www.employmentlawblog.info/2017/01/stalled-overtime-rules-will-hurt-all-us-workers-including-trump-voters.shtml]

Justin M. Swartz, O&G Employment Law Blog, January 19, 2017

Continue reading [https://www.employmentlawblog.info/2017/01/stalled-overtime-rules-will-hurt-all-us-workers-including-trump-voters.shtml]

## New York Attorney General Says Domino's Pizza Is "Joint Employer" in Wage Theft Scheme [https://www.employmentlawblog.info/2016/06/new-york-attorney-general-says-dominos-pizza-is-joint-employer-in-wage-theft-scheme.shtml]

Justin M. Swartz and Michael Litrownik, O&G Employment Law Blog, June 3, 2016

Continue reading [https://www.employmentlawblog.info/2016/06/new-york-attorney-general-says-dominos-pizza-is-joint-employer-in-wage-theft-scheme.shtml]

## Overtime Class of Duane Reade Assistant Store Managers Conditionally Certified [https://www.employmentlawblog.info/2012/01/overtime-class-of-duane-reade-assistant-store-managers-conditionally-certified.shtml]

Justin M. Swartz, O&G Employment Law Blog, January 28, 2012

Continue reading [https://www.employmentlawblog.info/2012/01/overtime-class-of-duane-reade-assistant-store-managers-conditionally-certified.shtml]

## FLSA Collective Action Notice Issues

Justin M. Swartz and Juno Turner, Labor & Employment Law, Section of Labor and Employment Law, American Bar Association, Winter 2013, Volume 41, Number 2

## The Epidemic Of Employer Misclassification Of Employees As Independent Contractors Under The Fair Labor Standards Act, And The Courts' Response

Justin M. Swartz, and Mariko Hirose, and contributions by Piper Hoffman, 2009

The Fair Labor Standards Act (FLSA)'s compensation requirements, such as minimum wages and overtime pay, apply only to "employees." *Chao v. Mid-Atl. Installation Servs., Inc.,* 16 F. App'x 104, 105 (4th Cir. 2001). Employers can get around these requirements and lower their tax bills at the same time by classifying workers as "independent contractors" instead of "employees." Employers classify as independent contractors many workers who do not meet the legal definition: the Department of Labor estimates that up to 30% of U.S. employers misclassify workers. Courts have found rampant violations across certain industries.

📄 PDF file (79.06 KB) [/file/108/download?token=Pv2hZO5W]

# EEOC Committee Reviews Workplace Diversity Issues

Justin Swartz and Rachel Bien, Section of Labor & Employment Law, American Bar Association, Vol. 35, Number 4, Summer 2007

Few doubt the merits of diversity in the workplace. Indeed, a host of organizational leaders from chief executive officers to top military brass have recently touted the importance of a diverse labor force. As a result, an entire industry has emerged, geared toward eradicating workplace inequality.

Many thoughtful ideas have made their way onto "best practices" lists that identify methods to increase the representation of historically underrepresented groups in corporations and firms. (See, e.g., Equal Employment Opportunity Committee Diversity Task Force web page, which links to several lists of "best practices," **http://apps.americanbar.org/dch/comadd.cfm?com=LL104000&pg=2** [http://apps.americanbar.org/dch/comadd.cfm?com=LL104000&pg=2]

Despite all of this attention, however, the challenge of actually achieving diversity remains. As Alexandra Kalev, Frank Dobbin, and Erin Kelly wrote in a recent article examining the effectiveness of employers' efforts to promote diversity, "We know a lot about the disease of workplace inequality, but not much about the cure." "Best Practices or Best Guesses? Assessing the Efficacy of Corporate Affirmative Action and Diversity Policies," 71 Am. Soc. Rev. 589, 590 (August 2006).

At the 2007 National Conference on Equal Employment Opportunity Law in Charleston, South Carolina, the Section's Equal Employment Opportunity Committee (EEOC) presented two panels that focused on efforts to increase diversity in private sector workplaces, including law firms. The consensus that emerged from both panels was clear: truly overcoming inequality in the workplace requires more than changing hearts and minds. It demands a structural, top-down approach with incentives for meeting concrete diversity goals.

PDF file **(177 KB)** [/file/41/download?token=TAzIXStq]

# Ethics Corner: Third Circuit Vindicates Plaintiff's Attorney

Justin M. Swartz and Cara E. Greene. July, 2007. Ethics Corner is a regular contribution by the ABA, Labor & Employment Law Section's Ethics and Professional Responsibility Committee.

The Third Circuit recently overturned a district court order disqualifying a plaintiff's attorney who had conducted an *ex parte* interview of the defendant's administrative assistant. *EEOC v. HORA, Inc.*, No. 05-5393, 2007 U.S. App. LEXIS 15705 (3d Cir. June 29, 2007) (unpublished decision). Characterizing the disqualification as "draconian," the Circuit held that the district court abused its discretion because the lawyer did not violate any ethics rules, and, even if she had, there was no prejudice to the defendant.

The plaintiff's lawyer, Jana Barnett, represented Manessta Beverly in a sex harassment and retaliation case against a Days Inn franchise and its management company. During discovery, Barnett conducted an *ex parte* interview of Debbie Richardson, an administrative assistant at the Days Inn. The district

court disqualified Barnett for conducting the interview, finding that she violated Pennsylvania Rules of Professional Conduct ("PRPC") Rules 4.2, 4.4, and 5.7.

The Third Circuit reversed, holding that Barnett did not violate Rule 4.2 because the administrative assistant was not a member of the organization with whom *ex parte* contact was forbidden. The Third Circuit recently overturned a district court order disqualifying a plaintiff's attorney who had conducted an ex parte interview of the defendant's administrative assistant.

⬇ **PDF file (30.38 KB)** [/file/131/download?token=7Jd6iivo]

## Can Law Firm Partners Sue The Firm For Employment Discrimination?

Employment attorneys Wayne Outten and Justin Swartz. This article originally appeared in Law Journal Newsletters' Law Firm Partnership & Benefits Report, February 2004. For more information, visit **www.ljnonline.com** [http://www.ljnonline.com] .

This article will first discuss reasons that law firms, especially large firms, are susceptible to discrimination suits by their partners. Next, it will explain two threshold requirements for law firm partners to sue their firms for employment discrimination. Both of these requirements turn on whether certain partners are deemed employees. Third, the article will discuss the Supreme Court's *Clackamas* decision and lower court decisions that preceded *Clackamas* but used similar analyses. Finally, it will note that,under some federal and state laws, law firms are vulnerable even if their partners are not deemed employees.Discussion of: reasons law firms may be susceptible to discrimination suits by their partners; two required thresholds for filing such a suit; Supreme Court's Clackamas decision; and finally a note on why some law firms are vulnerable even if their partners are not deemed employees.

⬇ **PDF file (141.23 KB)** [/file/134/download?token=7wgte9AK]

## Retaliatory Counterclaims: Turning The Tables On The Overly Aggressive Defendent

Authored by employment attorneys Justin M. Swartz, Tarik F. Ajami, and Mark R. Humowiecki. This article sets forth the advantages and disadvantages of these different options and the basic legal principles that are common to retaliatory counterclaims no matter what course you choose.

Twenty days after filing your class action complaint, you receive defendant's Answer. Curiously, not only does the company deny each and every allegation, it also asserts counterclaims alleging that it is entitled to the disgorgement of salary paid to the named plaintiff because of his "crude, improper, and disruptive conduct" while an employee. Not only is this counterclaim entirely baseless as a legal and factual matter, it is also a form of retaliation against the plaintiff that aims to intimidate him and other employees from enforcing their rights.

Recently, we have seen a spate of frivolous, retaliatory counterclaims asserted against our clients in both individual and class employment actions. Such counterclaims present an opportunity for the smart plaintiff's attorney to take the offensive with respect to her adversary and to appear the more reasonable party before the court (while also showing how nefarious her adversary is). Your options for responding to such counterclaims are myriad. Factors such as the strength of the counterclaim, the nature of the underlying litigation, the actual chilling effect of the retaliation, and the dispositions of the adversary and the judge will dictate the most appropriate strategy.

You may simply amend the complaint to assert a retaliation claim or seek to convince the opposing counsel to withdraw the counterclaims. Alternatively, you may want to aggressively litigate the retaliation from the beginning by moving to dismiss the counterclaims or even seeking to enjoin further retaliation and to impose other measures to repair the chilling effect of the retaliation. This article sets forth the advantages and disadvantages of these different options and the basic legal principles that are common to retaliatory counterclaims no matter what course you choose.

PDF file (70.85 KB) [/file/146/download?token=yDl-hHBx]

↑ Back to top

# Awards & Recognition

- 2016-2021: Selected to Best Lawyers®

- 2019-2020: Legal 500 United States Recommended Labor and Employment Lawyer

- 2019: Named "Lawyer of the Year" by Best Lawyers® for: Litigation - Labor and Employment, New York City

- 2018-2020: Lawdragon 500 Leading Plaintiff Employment Lawyers

- 2019: Lawdragon 500 Leading Lawyers

- 2013-2020: Selected to Super Lawyers

- 2011-2012: Recognized as a Rising Star by Super Lawyers

---

**New York, NY** [/law-firm/locations/new-york]

(212) 209-0672

**Washington, DC** [/law-firm/locations/washington-dc]

**San Francisco, CA** [/law-firm/locations/san-francisco]

(415) 712-2759

685 Third Avenue
25th Floor
New York, NY 10017

(202) 890-1309
601 Massachusetts
Avenue NW
Suite 200W
Washington, DC 20001

One California Street
12th Floor
San Francisco, CA 94111

© 2020 Outten & Golden LLP — Attorney Advertising
/ **Contact Us** [/contact] / **Site Map** [/sitemap] / **Disclaimer** [/disclaimer] / **Privacy Policy** [/privacy-policy]
/ **Who We Represent** [/who-we-represent]

**live.com**

Hey S.I., what's happening? Subscribe to SILive.com!

Advertisement

East Shore

# Lawsuit accuses Staten Island car wash of wage, labor law violations

Updated Mar 04, 2019; Posted Mar 11, 2013



According to the lawsuit, Clean Touch Car Wash in Grant City and its owner, Joseph Scanni of Charleston, didn't pay workers minimum wage, dipped into their tips, didn't pay overtime hours and didn't keep proper records for their employees.

By **John M. Annese | annese@siadvance.com**

STATEN ISLAND, N.Y. -- Two car wash workers have teamed up with an immigrant rights group to start a class action lawsuit against their Grant City employer, alleging a host of wage and labor law violations.

According to the lawsuit, Clean Touch Car Wash at 2093 Hylan Blvd. and its owner, Joseph Scanni of Charleston, didn't pay the workers minimum wage, dipped into their tips, didn't pay overtime hours and didn't keep proper records for their employees.

Advertisement

The lawsuit, filed by Ovidio Lopes Morales and Mateo Lares Michocoj, was filed in Brooklyn Federal Court late last month. They're being represented by activist group Make The Road New York, and attorney Justin M. Swartz, of Outten & Golden LLP in Manhattan.

Advertisement

In an interview with the Advance, Swartz wouldn't discuss the two workers' citizenship status, stating instead, "That's not relevant to our claim ... Whether or not somebody is undocumented, they're covered by the wage and labor laws."

Scanni did not return messages seeking comment.

The lawsuit comes on the heels of a campaign by Make the Road, another advocacy group, New York Community Groups, and a retail workers union, that centers on working conditions for car wash employees citywide.

In a written statement, Make the Road lawyer Julia Dietz said, " This lawsuit shows that car wash workers in New York will no longer stay silent in the face of wage theft. Car wash employees, who are exposed to harsh chemicals and work under difficult conditions, will fight to hold owners accountable and demand fair wages and benefits and dignity on the job."

Lares worked with Clean Touch for four years, until he was fired in 2009, while Lopes was employed there from 2000 until April of last year, according to the lawsuit.

The lawsuit claims that Clean Touch and Scanni made the two employees work more than 40 hours a week, and often more than 10 hours a day, without proper time-and-a-half pay. On slow days, the company would send them home with only one or two hours pay, even though law requires they must be paid "four hours minimum call-in pay."

Swartz said they were paid $5 an hour plus tips. Except, according to the lawsuit, their tips were divvied up among other workers, including managers and cashiers, "who are not regularly or customarily eligible to receive customer gratuities," the lawsuit claims. The state's minimum wage for Lares and Lopes should have been $7.15 an hour from 2007 to July 2009, then $7.25 an hour after July 24, 2009, the lawsuit states.

The lawsuit also alleges Clean Touch failed to keep proper records, or provide wage notices in either English or the workers' primary language, Spanish.

---

Follow

@siadvance

on Twitter

Note to readers: if you purchase something through one of our affiliate links we may earn a commission.

---

# Around the web

## Research Health Care Plans. Find The Best Plan For You

**Yahoo Search** | Sponsored

**Research Financial Advisor Companies. Retire On Your Terms.**

**Yahoo Search** | Sponsored


## We Ranked These Beautiful Women - Who Is #1?

**AllGoodWedding** | Sponsored

---

## Search For Photo Holiday Cards. Send Cheer This Season With Custom Holiday Cards

**Yahoo Search** | Sponsored

---

## Research Financial Planning Companies. Retire On Your Terms.

**Yahoo Search** | Sponsored


## Search The Best Mattress of 2020. Mattresses That Will Make You Sleep Like A Log

**Mattresses | Yahoo! Search** | Sponsored

---

## Research Health Plan Coverage. Plans For Any Budget. Get Covered Today

**Yahoo Search** | Sponsored

---

## Getting this Treasure is impossible! Prove us wrong

**Hero Wars** | Sponsored


## Research Chronic Plaque Psoriasis Symptoms

**Yahoo Search** | Sponsored

---

## Search Chronic Plaque Type Psoriasis

**Yahoo Search** | Sponsored

**See Why Vets Are Recommending This Fresh Food for Dogs.**

**Just Food For Dogs** | Sponsored

**Research GPS Vehicle Fleet Tracking. Here Are The Best Vehicle GPS Tracking Devices**

**Yahoo Search** | Sponsored

**Former Yankees World Series champion calls it a career, announces retirement**

**Staten Island**

**MLB rumors: Yankees target Kevin Gausman's market heating up**

**Staten Island**



Registration on or use of this site constitutes acceptance of our <u>User Agreement</u>, <u>Privacy Policy and Cookie Statement</u>, and <u>Your California Privacy Rights</u> (each updated 1/1/20).

© 2020 Advance Local Media LLC. All rights reserved (<u>About Us</u>).
The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Advance Local.

<u>Community Rules</u> apply to all content you upload or otherwise submit to this site.

▷<u>Ad Choices</u>





# Press

**December 3, 2015**

Source: **New York Law Journal**

Subject: **Immigration**

Type: **Media Coverage**

## Parties Settle in Suffolk Sexual Harassment Case

**By Joel Stashenko**

The federal Equal Employment Opportunity Commission and a Long Island laundry have reached a $582,000 settlement in a sexual harassment suit filed in 2012 by the federal agency on behalf of eight former female employees.

The workers alleged that their supervisor at Suffolk Laundry Services in Southampton touched them inappropriately, made comments about their appearances and conditioned requests for time off or for machine repairs with demands that the women kiss him or sit on his lap.

The Eastern District suit, Equal Employment Opportunity Commission v. Suffolk Laundry Services, 12-cv-409, also charged that female employees who complained of their treatment were either fired or had their hours changed as punishment.

The laundry service agreed to a four-year consent decree barring discrimination, instituting new procedures and mandating sexual harassment training.

Suffolk Laundry Services admitted no wrongdoing in entering into the consent decree.

**En Español**                                    **Know Your Rights**





America, were represented by Nancy Trasande and Natasha Lycia Ora Bannan of LatinoJustice PRLDEF, **Elizabeth Joynes of Make the Road New York** and Kathleen Peratis and Christopher McNerney, partner and associate, respectively, of Outten & Golden.

EEOC attorneys Robert Rose, Nora Curtin, Adela Santos and Sebastian Daniel Riccardi represented their agency.

The owner of Suffolk Laundry Services, Walter Smith, was represented by several attorneys from Franklin, Gringer & Cohen of Garden City, including partner Martin Gringer.

Fees for the plaintiffs' attorneys will be paid out of the plaintiffs' share of the $582,000 settlement, the decree stipulated. The settlement was first reported by Newsday.

To view the original article, [click here.](#)

# Back to Press Archives ›

En Español                                          Know Your Rights

Case 1:10-cv-05595-SDA Document 144-7 Filed 12/07/20 Page 23 of 31







**Mailing Address:**
301 Grove Street
Brooklyn, New York 11237
T: (718) 418-7690

See all office addresses

## Links

Contact
Other Ways To Give
Join Our Team
Publications
Archive
Privacy Policy

# Join our email list

## Follow Us

   

Text **ROAD** to **52886** to receive updates to your phone

### NEED SERVICES?

### Sister Organizations

En Español        Know Your Rights




***Solidarity Against Racism and Police Violence*** – A Message from O&G [/solidarity-against-racism-and-police-violence]

***KNOW YOUR RIGHTS: Coronavirus (COVID-19) and the Workplace*** [/know-your-rights-coronavirus-covid-19-and-workplace]

ABOUT US

Our Firm [/law-firm]

Mission Statement & Philosophy [/law-firm/mission-statement-philosophy]

Client Service [/client-service]

Commitment to Public Interest [/commitment-public-interest]

Commitment to Equity and Engagement [/commitment-equity-and-engagement]

Recognition [/recognition]

    Pro Bono Awards [/law-firm/recognition/pro-bono-awards]

    Professional Recognition [/recognition/professional-recognition]

Careers [/careers]

Locations [/locations]

Home [/]   /   About Us   /   Recognition [/recognition]   /   Pro Bono Awards

# Pro Bono Awards

**A Better Balance:** Award of gratitude to Wayne N. Outten for his steadfast support of A Better Balance since its inception, his ever-generous advice and insight, and for his instrumental role in founding our Families at Work Legal Clinic
May 2, 2011

**American Bar Association Labor & Employment Law Section's Perkins Award for Public Service** [http://www.americanbar.org/groups/labor_law/awards/frances_perki] , 2011

**Legal Services NYC:** Great appreciation for your valuable pro bono assistance
December 7, 2010

**The HIV Law Project:** Distinguished Pro Bono Legal Service Award to Outten & Golden
November 4, 2010

**Labor & Employment Law Journal, Hofstra University School of Law:** Samuel M. Kaynard Award For Excellence in the Fields of Labor & Employment Law to Wayne Outten

We recognize and honor your strong ideals, accomplishments, keen legal acumen, and contributions to the field of labor law."
Volume 27
March 18, 2010

**A Better Balance:** The Work and Family Legal Center: Award to Outten & Golden for generous support and for leadership on behalf of women and families
January 2010

**Make the Road:** Award to Outten & Golden in Recognition for Tireless Work to Achieve Historic Victory of The Wage Theft Protection Act of 2010, Make the Road New York
2010
2010

**MFY Legal Services:** Partner in Justice Award to Wayne N. Outten in recognition of exemplary pro bono service and commitment to ensuring equal access to justice for all
2010

**School of Law PILA:** Honors Wayne Outten With the Distinguished Community Leader Award 2010

**The Legal Aid Society:** Award to Outten & Golden In Recognition Of Outstanding Pro Bono Service To The Legal Aid Society And Its Clients
October 23, 2007

**ABOUT US**

Our Firm [/law-firm]

Mission Statement & Philosophy [/law-firm/mission-statement-philosophy]

Client Service [/client-service]

Commitment to Public Interest [/commitment-public-interest]

Commitment to Equity and Engagement [/commitment-equity-and-engagement]

Recognition [/recognition]

Pro Bono Awards [/law-firm/recognition/pro-bono-awards]

Professional Recognition [/law-firm/recognition/professional-recognition]

Careers [/careers]

Locations [/locations]

**New York, NY** [/law-firm/locations/new-york/]

(212) 209-0672
685 Third Avenue
25th Floor
New York, NY 10017

**Washington, DC** [/law-firm/locations/washington-dc]

(202) 899-1509
601 Massachusetts Avenue NW
Suite 200W
Washington, DC 20001

**San Francisco, CA** [/law-firm/locations/san-francisco]

(415) 638-8800
One California Street
12th Floor
San Francisco, CA 94111

© 2020 Outten & Golden LLP — Attorney Advertising
/ **Contact Us** [/contact] / **Site Map** [/sitemap] / **Disclaimer** [/disclaimer] / **Privacy Policy** [/privacy-policy]
/ **Who We Represent** [/who-we-represent]



# OUR SUPPORTERS

**Thank you to our 2014 supporters.**

## $500,000 AND UP

**Hagedorn Foundation**

**New York City Department of Youth & Community Development**

**New York State Education Department**

**Robin Hood Foundation**

**Single Stop USA**

## $250,000 - $499,999

**American Red Cross of Greater NY**

**New York State Department of Health / Community Service Society**

**New York City Department of Education / United Way of New York City**

**New York State Department of State**

**New York State Office of Temporary and Disability Assistance**

**Project Vote**

## $100,000 - $249,999

Center for Community Change
Center for Popular Democracy
Consortium for Worker Education
Cricket Island Foundation
Donors Education Collaborative in the New York
    Community Trust
Ford Foundation
Fund for Public Health in New York
Interest on Lawyer Account Fund of the State of
    New York
Katharine S. and Axel G. Rosin Fund of the
    Scherman Foundation
Make the Road Action Fund
Nathan Cummings Foundation
New York City Council
New York State Assembly
New York State Health Foundation
New York State Office of Court Administration
New York Women's Foundation
Pinkerton Foundation
Retail, Wholesale and Department Store Union
Rockefeller Family Fund
RTS Family Foundation
Tony Mazzocchi Center for Health, Safety and
    Environmental Education
United States Citizenship and Immigration Services
United States Department of Labor
Wyckoff Heights Medical Center
Wyss Foundation

## $50,000 - $99,999

Altman Foundation
Peter and Carmen Lucia Buck Foundation / New York
    Academy of Medicine
Deutsche Bank Americas Foundation
Immigrant Justice Corps Justice Fellowship
The LIFT Fund
Mertz Gilmore Foundation
National Institute for Occupational Safety and Health
New York City Communities of Color HIV/AIDS Coalition -
    Public Health Solutions/Community Resource Exchange
New York Communities for Change
New York State Energy Research and Development
    Authority
Paul Rapoport Foundation
Public Welfare Foundation, Inc.
Staten Island Foundation
Tides Foundation
Unitarian Universalist Veatch Program at Shelter Rock
Urban Youth Collaborative
William E. & Maude S. Pritchard Charitable Trust

## $25,000 - $49,999

ACA Implementation Fund /
  Community Catalyst / Community
  Service Society
The Advocacy Fund
Alliance for a Greater New York
  (ALIGN)
Atlantic Philanthropies / Community
  Service Society
Hyatt Bass
Jessica Bauman & Ben Posel
Anne. E Delaney
Edward W. Hazen Foundation
Four Freedoms Fund
Hispanic Federation
J.M. Kaplan Fund
Liberty Hill Foundation
Main Street Alliance
Mary J. Hutchins Foundation, Inc.
Merck Family Fund
National Association of Latino
  Elected and Appointed Officials
  Educational Fund
National Council of La Raza
New World Foundation
New York State Trial Lawyers
  Association
NYC Service
Public Interest Projects
Public Policy and Education Fund
Robert Sterling Clark Foundation, Inc.
Robert Wood Johnson Foundation
Scherman Foundation
Wachs Family Fund

## $10,000 - $24,999

1199 SEIU United Healthcare Workers
Academy of Urban Planning
AIDS Center of Queens County
Alliance for a Just Society
Andrus Family Fund
Atlantic Philanthropies
Michael D. Baker Inc.
Calamus Foundation
Capital One, Community
  Development Banking
Center for Public Interest Research -
  Accelerate Change
Encore Fellowships Network Program
Equal Justice Works
Fitapelli & Schaffer LLP
Greater New York LECET Fund
KPS Capital Partners, LP
Lily Auchincloss Foundation
LIUNA, Local 79
Local Initiatives Support Corporation
Long Island Community Foundation
John McMonagle & Beatriz Cardenas
NALCAB - National Association for
  Latino Community Asset Builders
New York City Coalition for
  Educational Justice
Nonprofit VOTE
North Star Fund
O'Dwyer & Bernstein, LLP

Robert Wood Johnson Foundation /
  Community Service Society
SEIU Local 32BJ
Vanessa Selbst
United Steelworkers District 4
United We Dream (UWD)
Virginia & Ambinder, LLP
Working Families Party

## $5,000 - $9,999

Suresh Bhalla
Center for the Biology of Natural
  Systems at Queens College
Communication Workers of America
  - National
Abigail E. Disney & Pierre Hauser
Doctors Council SEIU
Laborers Eastern Region Organizing
  Fund (LEROF)
LIUNA
M & T Charitable Foundation
Mason Tenders District Council
Jennifer & Ian McAllister-Nevins
MirRam Group, LLC
Movement Strategy Center
New Jersey LECET
New York City District Council
  of Carpenters
New York State Laborers-Employers
  Cooperation and Education Trust
Outten & Golden LLP
Katrina E. Schaffer
UFCW International
United Federation of Teachers

## $2,500 - $4,999

Amalgamated Bank
Asbestos, Lead & Hazardous
  Waste Laborers Local 78
Joseph & Claude Audi
BerlinRosen
Cary Kane LLP
Community Health Care Association
  of New York State
Fitapelli & Schaffer LLP
Elizabeth Gilmore
Harmon Foundation
Health Republic Insurance of New York
JEMB Realty Corp.
The Labor Institute
Matthew Marks Charitable Trust
Vincent McGee
Elizabeth Nevins & Jay Saunders
New York Immigration Coalition
New York State Higher Education
  Services Corporation
Pazer, Epstein & Jaffe, P.C
Pitta Bishop Del Giorno & Giblin LLC
Progressive Cities
Rachel Tiven, Immigrant Justice Corps
Gregory Reimers & Carolyn Perry
Sacks & Sacks
Megan Sheetz & Trevor Price
United Steelworkers (USW)
Vladeck, Waldman, Elias &
  Engelhard PC

## $1,000 - $2,499

Madeline & Howell Adams
American Federation of Teachers
Amerigroup Corporation
Arturo Archila
Nancy & Herbert Baer
Benjamin & Susan Baxt
Angad Bhalla
Jennifer Brown
Bushwick School for Social Justice
  (BSSJ)
Janet Carter
Chadbourne & Park LLP
Citi Community Development
Cohen, Weiss & Simon, LLP
CUNY Research Foundation
Fried, Frank, Harris, Shriver &
  Jacobson LLP
Gorlick, Kravitz & Listhaus, PC
Julie L. Hirschfeld & Bennett A. Killmer
Kennedy, Jennik & Murray, PC
Steven Markowitz
Gerrish Milliken
New Society Fund
New York Administrative Employees,
  CWA Local 1180
New York City Health and
  Hospitals Corporation
New York State United Teachers
Joseph O'Doherty
Constance Packard
Raquel Palmer
Pelton & Associates, P.C.
Pritchard Family Foundation
Michael Rabinowitz & Elana Karopkin
Ridgewood Savings Bank
Anya Rous
Launa Schweizer & William Lienhard
Segal Consulting
Naomi Sobel & Diana Doty
Transport Workers Union Local 100
Nicholas R. Turner &
  Theresa M. Trzaskoma
UFCW International, Region 1
UNITE HERE, Local 100
USW Local 15024

## $500 - $999

ADCO Foundation
Daniel Loren Altschuler
Archer, Byington, Glennon &
  Levine, LLP
Natalia Audi
Bob & Carolyn Axt
Benenson Capital Partners, LLC
Benevity Community Impact Fund
Berke-Weiss & Pechman, LLP
Block, O'Toole & Murphy
Campaign for Community Change
Alice Cheng & Chris Zelinsko
James Coates & Elisabeth H. Rhyne
Orla Coleman
Committee of Interns and Residents/
  SEIU
Congressman Joseph Crowley
Ellen Davidson

Case 1:10-cv-05595-CBA Document 144-7 Filed 12/07/20 Page 30 of 31

November 18, 2010

# Thank You for Making MRNY's 2010 Gala a Great Success!

By Make the Road New York Staff / Make the Road New York



From left to right: singer Emilio Ross and gala honorees, MRNY Fasters for Just Immigration Reform and Justin Swartz

Dear Friends,

On November 17, Make the Road New York celebrated our largest and most successful gala yet. We w pleased to celebrate with 325 guests and the many event sponsors who made it such a memorable eve **helped us to raise $230,000 for MRNY's work with immigrant and working class New Yorkers.**

We were delighted to honor **Patrick O'Neill**, Executive VP and Organizing Director of UFCW; **Justin Sv** Partner at Outten & Golden LLP; and **seventeen of MRNY's members** who, along with many supporte elected officials and staff, held a 72-hour fast for immigration reform earlier this year.

All of the evening's courageous honorees have shown resilience and determination to build **DIGNITY, COMMUNITY and POWER** for NYC's low-income and immigrant families, workers and students. Their work is exemplary of the values MRNY promotes, and we were proud to honor their achievements and their commitment.



**We would like to thank our generous guests and sponsors. Thank you also to the many government officials who came out to support MRNY:**

Assemblyman Richard Gottfried
Assemblyman-Elect Francisco Moya
Public Advocate Bill de Blasio

Thank You for Making MRNY's 2010 Gala a Great Success! Page 2 of 2

Case 1:10-cv-05595-GCA Document 144-7 Filed 12/07/20 Page 31 of 31

Manhattan Borough President Scott Stringer
City Council Speaker Christine Quinn
City Council Member Brad Lander
City Council Member Diana Reyna
City Council Member Margaret Chin
City Council Member Jumaane Williams City Council Member Gail Brewer
City Council Member Jimmy Van Bramer
City Council Member Daniel Dromm
*and* NYC Department of Housing Preservation and Development Commissioner Rafael Cestero.

2010 has been a tremendously successful year for our work, thanks to our many dedicated supporters.
move into 2011, we are counting on **your support** to continue our vital community organizing, education
services work that promotes **DIGNITY, COMMUNITY and POWER** for all New Yorkers.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .



From left to right: Guests hit the dance floor, and gala honorees Patrick O'Neill and Adela Valdez

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .